**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yolanda Rangel,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV-19-00875-PHX-DWL<br><br>**ORDER** |

Pending before the Court are (1) Plaintiff's motion for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA") seeking $8,014.23 (Doc. 25) and (2) a stipulation[1] by the parties that Plaintiff be awarded $7,214.23 in EAJA fees and expenses (Doc. 26).

**IT IS ORDERED** that the parties' Stipulation for Award of Attorney Fees under the Equal Access to Justice Act (Doc. 26) is granted and Plaintiff is awarded $7,214.23 in EAJA fees and expenses. The motion (Doc. 25) is denied as moot.

**IT IS FURTHER ORDERED** that, pursuant to the parties' stipulation, if the government determines that Plaintiff does not owe a debt subject to offset under the Treasury Offset Program, 31 U.SC. § 3716(c), and the government agrees to waive the requirements of the Anti-Assignment Act, 31 U.S.C. § 3727, the government shall pay the EAJA award to Plaintiff's counsel. If there is a debt owed under the

---

[1] "Ideally, of course, litigants will settle the amount of a fee. Where settlement is not possible, the fee applicant bears the burden of establishing entitlement to an award and documenting the appropriate hours expended and hourly rates." *Hensley v. Eckerhart*, 461 U.S. 424, 437 (1983).

Treasury Offset Program, the remaining EAJA award after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's counsel.

Dated this 27th day of August, 2020.

Dominic W. Lanza
United States District Judge